1
2
3
4

# UNITED STATES DISTRICT COURT

5

## DISTRICT OF NEVADA

6
7   FEDERAL NATIONAL MORTGAGE
    ASSOCIATION; BANK OF AMERICA, N.A.,
8
                    Plaintiffs,              Case No. 2:16-cv-02831-RFB-GWF
9
    vs.                                      **ORDER**
10
    DESERT SHORES COMMUNITY
11  ASSOCIATION, *et al.*,

12                  Defendants.

13

14      This matter is before the Court on Plaintiffs' Notice of Withdrawal of Stipulation (ECF No.

15  15), filed on April 3, 2017.  Upon review and consideration, and with good cause appearing therefor,

16      **IT IS HEREBY ORDERED** that Plaintiffs' Notice of Withdrawal of Stipulation (ECF No.

17  15) is **granted**.

18      DATED this 7th day of April, 2017.

19
20      _____
        GEORGE FOLEY, JR.
21      United States Magistrate Judge

22
23
24
25
26
27
28