MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JESSE RANSOM, ESQ.
Nevada Bar No.13535
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jesse.ransom@akerman.com

*Attorneys for Federal National Mortgage Association and Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION; BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>DESERT SHORES COMMUNITY ASSOCIATION SILVER STREAM ADVISORS, LLC; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-02831-RFB-GWF<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND APPEARANCE** |

TO: The Clerk of Court and All Parties of Record:

Please take notice that Jason Zummo, Esq., of the law firm of Akerman, LLP, hereby withdraws as counsel of record for Plaintiffs Federal National Mortgage Association and Bank of America, N.A.,  and should be removed from the Court's service list with respect to the above referenced action.  Akerman, LLP continues to serve as counsel for Plaintiffs in this action.

. . .

. . .

. . .

. . .

{41312702;1}

1

All future correspondence and papers in this action should continue to be directed to Jesse Ransom, Esq. of Akerman, LLP.

DATED: April 6, 2017.

*/s/ Jesse A. Ransom*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JESSE RANSOM, ESQ.
Nevada Bar No. 13535
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Federal National Mortgage Association and Bank of America, N.A.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 7, 2017

{41312702;1}

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on the 6th day of April, 2017, I caused to be served a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL AND APPEARANCE**, in the following manner:

(**ELECTRONIC SERVICE**)  Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List as follows:

Sean L. Anderson, Esq.
Ryan D. Hastings, Esq.
8945 W. Russell Road, Suite 330
Las Vegas, Nevada  89148
sanderson@leachjohnson.com
rhastings@leachjohnson.com

*Attorneys for Desert Shares Community Assn.*

　　　　　　　　　　　　　　　　　　　　　　*/s/  Carla Llarena*
　　　　　　　　　　　　　　　　　　　　　　An employee of AKERMAN LLP

{41312702;1}