MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JESSE A. RANSOM, ESQ.
Nevada Bar No. 13565
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jesse.ransom@akerman.com

*Attorneys for Plaintiff Federal National Mortgage Association and Bank of America, N.A.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION; BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> DESERT SHORES COMMUNITY ASSOCIATION; SILVER STREAM ADVISORS, LLC; NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16-cv-02831-RFB-GWF <br><br> **STIPULATION AND ORDER OF FINAL JUDGMENT CONFIRMING EXISTENCE AND VALIDITY OF DEED OF TRUST** |

Plaintiffs Bank of America, N.A. (**BANA**) and Federal National Mortgage Association (**Fannie Mae**), Defendant Desert Shores Community Association (**HOA**), and Defendant Silver Stream Advisors, LLC (**Silver Stream**), through their counsel of record, stipulate as follows:

1. This matter relates to real property located 3151 Soaring Gulls Dr. # 26-1004, Las Vegas, Nevada, 89128-7020, APN 138-16-120-324 (the **Property**). The Property is more specifically described as:

{42028098;2}APN 138-16-120-324

1

**PARCEL ONE (1) – UNIT:**

LIVING UNIT 1004 IN BUILDING 26, AS SHOWN ON THE FINAL MAP OF **BROADSTONE AT DESERT SHORES**, A CONDOMINIUM SUBDIVISION ON FILE IN BOOK 127 OF PLATS, PAGE 42, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA (HEREINAFTER THE "PLAT").

**PARCEL TWO (2) – COMMON ELEMENTS:**

AN UNDIVIDED 1/424TH INTEREST AS TENANT IN COMMON IN THE COMMON ELEMENTS AS SHOWN ON THE PLAT, IN ACCORDANCE WITH AND SUBJECT TO THE TERMS OF THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR **DESERT SHORES VILLAS CONDOMINIUMS** RECORDED OCTOBER 20, 2005, IN BOOK 20051020 AS DOCUMENT NO. 04624 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA (HEREINAFTER THE "DECLARATION").

EXCEPTING THEREFROM ALL UNITS AS SHOWN ON THE PLAT.

RESERVING THEREFROM, THE RIGHT TO USE ANY OF THE AREAS DESIGNATED AS LIMITED COMMON ELEMENTS IN THE PLAT AND/OR THE DECLARATION.

FURTHER RESERVING THEREFROM FOR THE BENEFIT OF OWNERS OF ALL UNITS SHOWN ON THE PLAT (EXCEPT THE UNIT REFERRED TO IN PARCEL ONE (1) ABOVE), NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE AND ENJOYMENT OF, IN AND TO THE COMMON ELEMENTS, AS DEFINED IN AND SUBJECT TO THE DECLARATION.

**PARCEL THREE (3) – LIMITED COMMON ELEMENTS:**

THE EXCLUSIVE RIGHT TO USE, POSSESS AND OCCUPY THE AREAS DESIGNATED AS LIMITED COMMON ELEMENTS DEFINED AND DESCRIBED AS LIMITED COMMON ELEMENTS, ALLOCATED TO PARCELS ONE (1) AND TWO (2) IN THE DECLARATION.

**PARCEL FOUR (4) – APPURTENANT EASEMENTS:**

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE, ENJOYMENT AND OTHER PURPOSES ON, OVER AND ACROSS THE COMMON ELEMENTS AS DEFINED IN AND SUBJECT TO THE DECLARATION, WHICH EASEMENT IS APPURTENANT TO PARCELS ONE (1), TWO (2) AND THREE (3) DESCRIBED ABOVE.

{42028098;2}APN 138-16-120-324

2

2. BANA, as servicer for Fannie Mae, is the beneficiary of record of a Deed of Trust that encumbers the Property and was recorded on January 20, 2006, as Document Number 20060120-0004809, in the Official Records of Clark County, Nevada (the **Deed of Trust**).

3. On July 29, 2014, Silver Stream recorded a Foreclosure Deed as Document Number 20140729-0002652 of the Official Records of Clark County, Nevada (the **HOA Foreclosure Deed**), reflecting that Silver Stream purchased the Property at a foreclosure sale of the Property conducted by Desert Shores Community Association on July 25, 2014 (the **HOA Sale**). Silver Stream has not transferred its interest in the Property and is still the title holder of record.

4. On December 7, 2016, BANA and Fannie Mae initiated a quiet title action against Silver Stream and the HOA in the United States District Court, District of Nevada, Case No. 2:16-cv-02831- RFB-GWF (the **Quiet Title Action**).

5. Fannie Mae, BANA, and Silver Stream have entered a confidential settlement agreement in which they have settled all claims between them in this case. This stipulation and order applies to the matters addressed in this particular case only and has no relevance to any other matter.

6. The Deed of Trust survived and was not extinguished in any capacity by the HOA Sale. The Deed of Trust remains a valid encumbrance against the Property following the recording of the HOA Foreclosure Deed, and Silver Stream's interest in the Property is subject to the Deed of Trust.

7. BANA and Fannie Mae agree to dismiss all remaining claims in this matter against the HOA and non-appearing Defendant Nevada Association Services, Inc.

///
///
///
///
///
///

{42028098;2}APN 138-16-120-324

Dated: July 5, 2017.

| AKERMAN LLP | ALDRICH LAW FIRM, LTD |
|---|---|
| /s/ *Jesse A. Ransom* | /s/ *Gary Fink* |
| Melanie D. Morgan, Esq.<br>Nevada Bar No. 8215<br>Jesse A. Ransom, Esq.<br>Nevada Bar No. 13565<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>Telephone: (702) 634-5000<br>Facsimile: (702) 380-8572<br>melanie.morgan@akerman.com<br>jesse.ransom@akerman.com<br>*Attorneys for Plaintiff Bank of America, N.A. and Federal National Mortgage Association* | Gary S. Fink, Esq.<br>Nevada Bar No. 8064<br>1601 S. Rainbow Blvd., Suite 160<br>Las Vegas, NV 89146<br>Telephone: (702) 853-5490<br>Facsimile: (702) 227-1975<br>*Attorneys for Silver Stream Advisors, LLC* |

LEACH JOHNSON SONG & GRUCHOW

/s/ *Ryan Hastings*
Ryan D. Hastings, Esq.
Nevada Bar No. 12394
Sean Anderson, Esq.
Nevada Bar No. 7259
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
Phone: (702) 538-9074
Fax: (702) 538-9113
*Attorneys for Desert Shores Community Association*

///

///

///

///

///

///

///

{42028098;2}APN 138-16-120-324

# ORDER

Based on the above stipulation between Bank of America, N.A. and Federal National Mortgage Association, defendant Silver Stream Advisors, LLC, and defendant Desert Shores Community Association, the Parties' agreement, and good cause appearing therefore,

IT IS ORDERED that the Deed of Trust recorded in the Official Records of Clark County, Nevada against the real property located 3151 Soaring Gulls Dr. # 26-1004, Las Vegas, Nevada, 89128-7020, APN 138-16-120-324 (the **Property**) on January 20, 2006, as Document Number 20060120-0004809, was not extinguished, impaired, or otherwise affected by the foreclosure sale of the Property conducted by Desert Shores Community Association on July 25, 2014 or the recording of the HOA Foreclosure Deed in the Official Records of Clark County, Nevada, on July 29, 2014, as Document Number 20140729-0002652, reflecting that Silver Stream purchased the Property at the foreclosure sale. Silver Stream's ownership interest in the Property is subject to the Deed of Trust.

IT IS FURTHER ORDERED that Plaintiffs shall be entitled to record this STIPULATION AND ORDER CONFIRMING VALIDITY OF DEED OF TRUST in the Official Records of Clark County, Nevada in accordance with the rules of the Recorder's Office.

IT IS FURTHER ORDERED that this order constitutes the final judgment of this Court, resolving all claims in this case with prejudice, each party to bear its own fees and costs.

DATED this _10th_ day of _____July_____, 2017.

RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted by:

AKERMAN LLP
/s/ *Jesse A. Ransom*
Melanie D. Morgan, Esq.
Nevada Bar No. 8215
Jesse A. Ransom, Esq.
Nevada Bar No. 13565
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Plaintiffs Bank of America, N.A.*
*and Federal National Mortgage Association*

{42028098;2}APN 138-16-120-324

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572